# Exhibit 1

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002007632 / 2015-12-14

Application Title: Sprinkle Poo.

Title:               Sprinkle Poo.

Description:         Electronic file (eService)

Copyright Claimant:
                     Liza Phoenix.

Date of Creation:  2013

Date of Publication:
                     2013-06-05

Nation of First Publication:
                     United States

Authorship on Application:
                     Liza Phoenix; Citizenship: United States. Authorship: 2-D
                        artwork.

Rights and Permissions:
                     Liza Phoenix, 3703 California AVE SW, 301, Seattle, WA,
                        98116, United States, melusine@gmail.com

Names:               Phoenix, Liza

==============================================================================
```