UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

LIZABETH PHOENIX,

    Plaintiff,                                              Case No. 19-10544
                                                           Honorable Thomas L. Ludington

v.

SUNFROG, LLC,

    Defendant.
_____/

**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER PLAINTIFF'S COMPLAINT**

**IT IS HEREBY STIPULATED** by and between the parties hereto, that:

I. Plaintiff Lizabeth Phoenix filed her Complaint on February 22, 2019.

II. Defendant's Answer is due April 4, 2019.

III. The parties agree to extend the time for Defendant to Answer or otherwise defend in response to Plaintiff's Complaint for 30 days.

IV. Defendant may Answer or otherwise defend by May 4, 2019.

**APPROVED:**

Dated: April 3, 2019                 */s/ John A. Di Giacomo*_____
                                          **John A. Di Giacomo (P73056)**
                                          Attorney Defendant

Dated: April 3, 2019                 */s/ Joseph F. Yamin*_____
                                          **Joseph F. Yamin (P33905)**
                                          Attorney for Plaintiff

## **ORDER**

Pursuant to the parties' stipulation, it is **ORDERED** that Defendant's answer is due **May 4, 2019**.

 s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: April 8, 2019